UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cv-00031-MOC-DLH

| | |
|---|---|
| **FIRST CITIZENS BANK & TRUST COMPANY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **C. RICHARD MALT** ) | |
| **ROBERT C. MALT SR.** ) | |
| **DAVID G. MALT,** ) | |
| ) | |
| Defendants and Third-Party Plaintiffs, ) | |
| ) | |
| Vs. ) | |
| ) | |
| **PARKWOODS II NC, LLC,** ) | |
| ) | |
| Third-Party & Intervening Defendant. ) | |

**THIS MATTER** is before the court on the joint Motion to Intervene and Motion to Join. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion to Intervene and Motion to Join (#18) are **GRANTED**, and Third-Party Defendant Parkwoods II NC, LLC, is **GRANTED** leave to intervene both permissively and as of right as a party defendant to the First Claim of the

-1-

plaintiff's Complaint (#1) by filing its Answer or otherwise responding to that claim within 14 days.

Signed: September 17, 2015

Max O. Cogburn Jr
United States District Judge