UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cv-00031-MOC-DCK

| | | |
|---|---|---|
| **FIRST CITIZENS BANK & TRUST COMPANY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **C. RICHARD MALT** | ) | |
| **ROBERT C. MALT SR.** | ) | |
| **DAVID G. MALT,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the consent Motion to Dismiss Second Claim for Relief. Having considered the consent motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the consent Motion to Dismiss Second Claim for Relief (#24) is GRANTED, and the Second Claim for Relief contained in the Complaint is DISMISSED with prejudice, with the parties bearing their own costs, expenses, and fees.

Signed: January 27, 2016



Max O. Cogburn Jr.
United States District Judge