UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cv-00031-MOC-DCK

| | | |
|---|---|---|
| **FIRST CITIZENS BANK & TRUST COMPANY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **C. RICHARD MALT, ROBERT C. MALT SR.,** | ) | |
| **and DAVID G. MALT,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the Plaintiff First Citizens Bank & Trust Company's Motion for Summary Judgment (#32). As the motion has been fully briefed and is ripe for review, the court will calendar it for oral argument. The court therefore enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Clerk of Court calendar Plaintiff's Motion for Summary Judgment (#32) for oral argument on the next available Asheville civil motions day.

Signed: August 12, 2016

Max O. Cogburn Jr.
United States District Judge